## 59292. COBB BANK & TRUST COMPANY v. BAIER.

QUILLIAN, Presiding Judge.

The plaintiff appeals from an order granting a motion to dismiss by one of two defendants. *Held:*

The lower court issued a certificate of immediate review but the plaintiff failed to timely apply to this court to grant its application for appeal. In the absence of compliance with Code Ann. § 6-701 (a) 2 (Ga. L. 1965, p. 18; as amended through Ga. L. 1979, pp. 619, 620), the appeal is premature. *Home Mart Building Centers v. Wallace,* 139 Ga. App. 49 (2) (228 SE2d 22).

*Appeal dismissed. Shulman and Carley, JJ., concur.*

SUBMITTED JANUARY 9, 1980 — DECIDED JANUARY 28, 1980.

*W. Christopher Bracken,* for appellant.
*Adolphus B. Orthwein, Jr.,* for appellee.